UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:99-cr-00510-KJD-GWF |
| v. | ) |
| DAYLE PATRONIK, | ) |
| Defendant. | ) |

**(PROPOSED) ORDER TO VACATE JUDGMENT DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for the 23RD day of March at 9:00 a.m. be granted.

DATED this ___10th___ day of ___March___ 2015.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger Wenthe*
ROGER WENTHE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

DAYLE PATRONIK,

        Defendant(s).

Case Number: 2:99-cr-00510-KJD-GWF
Dept. No:
Docket No:

**AFFIDAVIT OF NON-SERVICE**

STATE OF NEVADA    )
                    ) ss.
COUNTY OF CLARK    )

Fred Smith, being first duly sworn, deposes and says; that affiant is and was on the dates when service was attempted of the within: **ORDER FOR SUPPLEMENTARY PROCEEDINGS OF JUDGMENT DEBTOR EXAMINATION - #21, FINANCIAL STATEMENT OF DEBTOR,** a citizen of the United States, over 18 years of age, and not a party to, nor interested in the within action; that affiant received the above named document(s) and attempted to personally serve them/have them served upon: **DAYLE PATRONIK** subject(s), during the period of February 4, 2015 through February 9, 2015 at his/her last known address(es) of: 4516 Charles Ronald Ave. in the City of Las Vegas, County of Clark, State of Nevada, without success in locating said subject(s). Affiant was not able to serve subject(s)/have subject(s) served for the following reasons:

1 | **2-9-15 at 6:31 p.m. – Per female occupant, subject is unknown.**

2 | Affiant, on the basis of the previous information, was unable to locate / serve subject(s).

3

4

5

6

                                            **Fred Smith #R047616**
Attorney's Process
Nevada License No. 429
320 E. Warm Springs Rd., #4A-14
Las Vegas, NV 89119
(702) 547-9036

SUBSCRIBED AND SWORN TO BEFORE me

this 18th day of February, 2015.

_____
          NOTARY PUBLIC

SCOTT B. HETRICK
Notary Public State of Nevada
No. 94-1814-1
My Appt. Exp. Sept. 9, 2018